```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LORETTA M. SHAPIRO,                 :
                                    :
                Plaintiff,          :
                                    :
        - against -                 :   08 CV 6538(CM)(DCF)
                                    :
NEW YORK UNIVERSITY, NEW YORK       :   Rule 7.1 Statement
UNIVERSITY SCHOOL OF MEDICINE, NEW  :
YORK UNIVERSITY SCHOOL OF MEDICINE  :
DEFINED BENEFIT RETIREMENT PLAN,    :
NEW YORK UNIVERSITY MEDICAL CENTER  :
AND NYU HOSPITALS CENTER            :
                                    :
                Defendants.         :
------------------------------------X
```

Pursuant to Federal Civil Rule of Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, NEW YORK UNIVERSITY, NEW YORK UNIVERSITY SCHOOL OF MEDICINE, NEW YORK UNIVERSITY SCHOOL OF MEDICINE DEFINED BENEFIT RETIREMENT PLAN, NEW YORK UNIVERSITY MEDICAL CENTER AND NYU HOSPITALS CENTER, certifies that the above parties are not publicly held and possess no parents, affiliates and/or subsidiaries which are publicly held.

Date:   September 2, 2008          _____
                                   Daniel T. Driesen (DD3201)