# SCHWARTZ & SALOMON, P.C.   MEMO ENDORSED
### ATTORNEYS AT LAW

JOSEPH N. SALOMON
DAVID LOBL
TIMOTHY M. CONCANNON

OF COUNSEL
JEROME M. SCHWARTZ
IRVING CLUCK
ROBERT KRUGER

BERNARD L. RESH (1967-1988)

225 BROADWAY
42ND FLOOR
NEW YORK, NY 10007-3001

TEL: (212) 732-6460
FAX: (212) 808-3785
E-MAIL: JSJSATTYS@AOL.COM

August 28, 2008

By Fax: 212-805-6326

Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

Re: **Shapiro V. New York University, 08 Civ. 6538 (CM) (DCF)**

Dear Judge McMahon:

We represent the Plaintiff in the above-referenced action.

In accordance with your July 28, 2008 Order Scheduling an Initial Pre-Trial Conference, we are enclosing herewith a Civil Case Management Plan signed by counsel for the parties.

We note that this is an ERISA benefit case and that, by its terms, the Civil Case Management Plan does not apply to such cases. Pending further direction from you, we have submitted the Civil Case Management Plan in the form provided with your Order.

Counsel for defendants has counter-signed below confirming the foregoing

Respectfully yours,

Joseph N. Salomon

Confirmed:

Daniel T. Driesen, Esq.

*[Handwritten endorsement by Judge McMahon]:* Since by its terms it does not apply, did you submit it? Come to the Rule 16 conf.

9/2/08